[Crim. No. 628.   Third Appellate District.—June 5, 1922.]

THE PEOPLE, Respondent, v. JOHN SAFASR, Appellant.

[1] CRIMINAL LAW—RECEIVING STOLEN PROPERTY—APPEAL—ERROR.— On this appeal from a judgment of conviction of the crime of receiving stolen property, no brief was filed on behalf of appellant and his counsel failed to appear at the time set for oral argument, and an examination of the record disclosed no error.

APPEAL from a judgment of the Superior Court of Sacramento County. Malcolm C. Glenn, Judge. Affirmed.

The facts are stated in the opinion of the court.

No appearance for Appellant.

U. S. Webb, Attorney-General, and J. Charles Jones, Deputy Attorney-General, for Respondent.

FINCH, P. J.—The defendant was convicted of the crime of receiving stolen property and appeals from the judgment and from the order denying his motion for a new trial.

[1] No brief has been filed in behalf of appellant and his counsel failed to appear at the time set for oral argument. An examination of the record on appeal discloses no error.

The judgment and order are affirmed.

Hart, J., and Burnett, J., concurred.